UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,        Plaintiff,        v.        CHIKE IJEABUONWU, et al.,        Defendants. | Civil Action No. 09-0249 (PLF) |

ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that plaintiff's motion for summary judgment [5] is GRANTED and judgment is entered for the plaintiff on all claims; it is

FURTHER ORDERED that attorneys' fees in the amount of $1027.50 are awarded to plaintiff.  The defendants are directed to make payment to the District of Columbia by check delivered to plaintiff's counsel on or before August 10, 2009; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from the docket of this Court.  This is a final appealable order.  See Fed. R. App. P. 4(a).

SO ORDERED.

                         _/s/_____
                         PAUL L. FRIEDMAN
                         United States District Judge

DATE: July 8, 2009